**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2039**

---

HUMBERTO JULIO LOPEZ,

                                        Petitioner,

        versus

U.S. IMMIGRATION & NATURALIZATION SERVICE,

                                        Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A70-311-657)

---

Submitted: March 17, 1998          Decided: April 30, 1998

---

Before HAMILTON, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Charles D. Yates, Rockville, Maryland, for Petitioner. Frank W. Hunger, Assistant Attorney General, Christopher C. Fuller, Senior Litigation Counsel, Susie Cho, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Petitioner Humberto Lopez seeks review of the Board of Immigration Appeals' opinion and order dismissing his appeal and affirming the immigration judge's decision denying his applications for suspension of deportation, asylum, and withholding of deportation. Petitioner alleges that the Board erred in finding that he did not appeal the immigration judge's denial of his application for suspension of deportation. Petitioner also contends that the Board erred by finding that he failed to establish a well-founded fear of persecution and by affirming the denial of his motion to consolidate his deportation proceedings with his wife's. Finally, Petitioner asserts that he was denied the opportunity to present his case to the immigration judge because the judge made his decision without hearing closing arguments from counsel. Our review of the record discloses that the Board's decision is based on substantial evidence and is without reversible error. See Lopez v. INS, No. A70-311-657 (B.I.A. Aug. 6, 1997). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the material before the court and argument would not aid the decisional process.

PETITION DENIED